

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AARON PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-CV-4433 |
| ) | |
| JON BURGE, *et al.*, ) | Honorable Judge Gottschall, |
| ) | Judge Presiding |
| Defendants. ) | |
| ) | Honorable Judge Brown, |
| ) | Magistrate Judge |
| ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |

## PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 26(c) and 45 C.F.R. §§ 160 & 164, and for the reasons set forth in the record, the Court hereby Orders:

For good cause shown, the following Orders entered in the case captioned Patterson v. Burge, 03-CV-4433, are modified as set forth herein:

1) Order entered on 4/18/04, Dckt. No. 171:

The conclusion of the Order appearing on pages ten and eleven is modified to read as follows:

For the foregoing reasons, the Movants' motion for entry of a protective order is granted as follows: The transcripts and videotapes of the Movants' depositions shall be held confidential with access to those depositions limited to (a) attorneys of record in the *Hobley, Patterson,* and *Caine v. Burge,* case no. 11-CV-8996 cases and the attorneys representing the Movants; (b) the staff of those attorneys under the attorneys' direct supervision and responsibility; and (c) the parties to the *Hobley, Patterson,* and *Caine* cases and the individual movants. In the event any party or other person seeks to file a portion or excerpt of any Movant's deposition as part of the public record, counsel preparing the filing shall notify counsel for the deponent sufficiently in advance so that the deponent may, if the deponent chooses, seek a further protective order.

EXHIBIT G

IT IS SO ORDERED.

GERALDINE SOAT BROWN
Judge, United States District Court

Entered: June 27, 2012